**DISMISS and Opinion Filed July 2, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-23-01217-CV**

_____

**GREGORY BECKWORTH, Appellant**
**V.**
**JOHN ELLIS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-07055-E**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by May 16, 2024. By postcard dated May 20, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

231217F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

GREGORY BECKWORTH,
Appellant

No. 05-23-01217-CV          V.

JOHN ELLIS, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-07055-
E.
Opinion delivered by Justice Nowell.
Justices Molberg and Kennedy
participating.


In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.


Judgment entered July 2, 2024